UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOCELYN DeMAIO | : | |
| | : | |
| VS. | : | CIVIL NO. |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | DECEMBER 28, 2009 |

## C O M P L A I N T

    1. This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, to redress the deprivation by the defendant of rights secured to the plaintiff by the laws of the United States. The defendant discriminated against, harassed and retaliated against the plaintiff in employment on the grounds of her sex and her opposition to sexual harassment and discrimination.

    2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3), and 1367(a) of Title 28 and Section 2000e of Title 42 of the United States Code.

    3. During all times mentioned in this action, the plaintiff was, and still is, an adult female citizen of the United States residing in Wethersfield, Connecticut.

1

4. During all times mentioned in this action, the defendant was and is a department in the Executive Branch of the State of Connecticut. It is and at all relevant times was an employer within the meaning of the aforesaid statutes and at all relevant times employed more than one hundred individuals.

5. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned, having received a Notice of Right to Sue from the Civil Rights Division of the United States Department of Justice dated November 5, 2009.

6. At all times mentioned herein, the plaintiff a Correction Officer employed by the defendant as such since November 16, 2001.

7. Prior to the events hereinafter described, the plaintiff's evaluations at work always were satisfactory or better.

8. In July of 2003, at the Carl Robinson Correctional Institution, the plaintiff was sexually assaulted by Lieutenant David Jimenez.

9. Although she reported the assault, the plaintiff was afraid to file a complaint at that time for fear that she would be subjected to retaliation.

10. The plaintiff experienced episodic sexual harassment by Lieutenant Adrian Reaves over a long period of time from 2004 through 2008.

11. The plaintiff filed two complaints against Lieutenant Reaves with the DOC Affirmative Action office. No action was taken in response to either

complaint.

12. On November 21, 2008, the plaintiff was transferred from Carl Robinson Correctional Institution to Manson Youth Institution.

13. In the summer of 2008, Lt. Jimenez approached an inmate at Carl Robinson whom the plaintiff had known years earlier, Efrain Colon, and told Colon that the plaintiff had a "fetish" for inmates and that Jimenez "could tell" that the plaintiff was "in love" with the inmate. He asked the inmate to wear a pen containing a microphone and gather evidence against the plaintiff that could be used to terminate her from her employment.

14. The plaintiff never was guilty of undue familiarity with any inmate. She was and is well aware of the department's rules prohibiting such conduct and never engaged, and would not ever engage, in such conduct.

15. The plaintiff was targeted for unjustified discipline because of her previous complaints about sexual harassment and because of her refusal to "go along" with the sexual harassment of supervisors.

16. As a result of the said harassment and retaliation, the plaintiff has experienced severe emotional distress and economic loss.

17. In the manner described above, the defendant has subjected the plaintiff to a hostile work environment because of her sex, to sexual harassment and discrimination, and to retaliation because of her complaints about and

opposition to the same, all in violation of the statutes delineated above.

WHEREFORE, the plaintiff claims judgment against the defendant as follows:

A. Compensatory damages in an amount this court shall consider to be just, reasonable and fair;

B. Attorney fees and the costs of this action;

C. Such other relief as this court shall consider to be fair and equitable.

THE PLAINTIFF

BY: /s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
Her Attorney