UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOCELYN DEMAIO | : | CIVIL NO. 3:09CV2133(PCD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | FEBRUARY 24, 2010 |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

1. As to paragraphs 1 and 2, plaintiff is left to her proof.

2. Paragraph 3 is admitted.

3. As to the first sentence of paragraph 4, plaintiff is left to her proof. The remainder of paragraph 4 is admitted.

4. As to paragraph 5, plaintiff is left to her proof.

5. Paragraph 6 is admitted.

6. As to paragraphs 7 through 10, plaintiff is left to her proof.

7. The first sentence of paragraph 11 is admitted. The second sentence of paragraph 11 is denied.

8. As to paragraph 12, defendant admits that plaintiff's first day at MYI was November 20, 2008.

9. As to paragraphs 13 and 14, plaintiff is left to her proof.

10. Paragraphs 15, 16 and 17 are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiff has failed to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff has failed to exhaust her administrative remedies.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff has failed to mitigate her damages.

### FOURTH AFFIRMATIVE DEFENSE

Some of plaintiff's claims are barred by the Statute of Limitations.

### FIFTH AFFIRMATIVE DEFENSE

The defendant is entitled to the Ellerth-Faragher affirmative defense.

DEFENDANT
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: /s/ Jane B. Emons
Jane B. Emons
Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Jane.Emons@po.state.ct.us
Federal Bar # ct16515

## CERTIFICATION

I hereby certify that on February 24, 2010 a copy of the foregoing Defendant's Answer and Affirmative Defenses was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Jane B. Emons*
Jane B. Emons
Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Jane.Emons@po.state.ct.us
Federal Bar # ct16515