## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOCELYN DEMAIO | : | CIVIL NO. 3:09CV2133(PCD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | April 30, 2010 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Jane B. Emons, hereby moves to withdraw her appearance for the defendant, Department of Correction in the above-captioned matter. In support of this motion, the undersigned respectfully represents as follows:

1. The undersigned has been nominated to the bench for the Superior Court for the State of Connecticut.

2. Confirmation appears to be imminent.

3. Substitute counsel, Assistant Attorney General Eleanor May Mullen of the Employment Rights Department, to which this case is assigned, has filed her appearance this date to represent the defendant as lead counsel.

WHEREFORE, the undersigned respectfully moves that this Court grant her motion to withdraw her appearance from the above-mentioned matter.

DEFENDANT
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By:  /s/ *Jane B. Emons*
Jane B. Emons
Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Email:  Jane.Emons@ct.gov
Federal Bar # ct16515

## CERTIFICATION

I hereby certify that on April 30, 2010 a copy of the foregoing Motion to Withdraw Appearance was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Jane B. Emons*
Jane B. Emons
Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Email:  Jane.Emons@ct.gov
Federal Bar # ct16515