UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOCELYN DEMAIO | : | CIVIL ACTION NO. 3:09CV2133(PCD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | DECEMBER 14, 2010 |

## MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(d)1, the defendant hereby requests permission to file excerpts of plaintiff's deposition testimony and its investigation report of an incident involving hospitalization of plaintiff containing medical information of the plaintiff under seal for purposes of supporting its Supplemental Memorandum in Support of Motion to Compel and its Objection to Plaintiff's Motion for Protective Order filed on this same date. Plaintiff has filed a Motion for Protective Order barring the disclosure of plaintiff's medical records.

In connection with the Defendant's Supplemental Memorandum in Support of its Motion to Compel and Defendant's Objection to Plaintiff's Motion for Protective Order, the defendant is submitting a redacted investigation report containing medical information of the plaintiff and an affidavit that speaks to the authenticity of that report as well as a redacted excerpt of plaintiff's deposition testimony. In addition, the defendant submits herewith an unredacted copy of said investigation report and an affidavit that speaks to its authenticity as well as an unredacted copy of the excerpt of plaintiff's deposition testimony. To protect the plaintiff's privacy under Hospital Insurance Portability and Accountability Act ("HIPAA") of 1996, Public Rule 104-191 and to avoid the public disclosure of confidential medical records, we

seek permission to submit said report and accompanying affidavit as well as the excerpt of plaintiff's deposition testimony under seal until such time as the Court rules upon the Defendant's Motion to Compel (Doc. #37) and Plaintiff's First Motion for Protective Order (Doc. #38).

Any such sealed documents shall not be available to the public. The plaintiff's attorney does not oppose this motion to seal. In the event the Court grants the Defendant's Motion to Compel and denies Plaintiff's First Motion for Protective Order, said report would be unsealed and subject to the Protective Order entered on November 2, 2010. (Doc. #35).

DEFENDANT,

DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s/ Eleanor MayMullen_____
Eleanor May Mullen
Assistant Attorney General
Fed. Bar No. ct22430
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Email: eleanor.mullen@ct.gov

## **CERTIFICATION**

I hereby certify that on December 14, 2010, a copy of the foregoing Motion for Permission to File Documents Under Seal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>
> */s/ Eleanor May Mullen*_____
> Eleanor May Mullen (# ct22430)
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Tel.: (860) 808-5340
> Fax: (860) 808-5383
> E-mail: Eleanor.Mullen@ct.gov