UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOCELYN DEMAIO

      v.                           3:09CV2133(WWE)

CONNECTICUT DEPARTMENT
OF CORRECTION

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 15, 2012 entered a Ruling granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant State of Connecticut Department of Correction against Jocelyn DeMaio and the case is closed.

Dated at Bridgeport, Connecticut, this 20th day of March, 2012.

ROBERTA D. TABORA, Clerk

By      /s/     
Deborah A. Candee
Deputy Clerk

Entered on Docket _____