UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOCELYN DEMAIO<br>*Plaintiff,* | :    CIVIL ACTION NO. 3:09CV2133(WWE)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION<br>*Defendant.* | :<br>:<br>:    APRIL 23, 2012 |

## BILL OF COSTS

The defendant's motion for summary judgment was granted on March 14, 2012. (Doc. # 81). Judgment was entered on March 20, 2012. (Doc. # 82). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54(a) of the Local Rules of the District of Connecticut, the defendant as the prevailing party in the above-captioned case submits this Bill of Costs and respectfully requests that:

    a.     The court assess costs in this action in the amount of $515.35 consistent with the Bill of Costs and Certification attached hereto as Exhibits A and B.

    b.     The $500.00 bond posted by the plaintiff (Docket Entry March 22, 2010, Receipt # N029936) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the costs assessed.

    c.     The Court issue an order forfeiting the $500.00 bond consistent with the request in sub-paragraph (b) above.

Local Rule 54(c)(2)(ii) specifically provides, in pertinent part, that "The cost of an original and one copy of deposition transcripts are recoverable as costs, if used at trial in lieu of live testimony, for cross-examination or impeachment, if used in support of a successful motion

for summary judgment, or if they are necessarily obtained for the preparation of the case and not for the convenience of counsel." In this case, the plaintiff's deposition transcript was used extensively in preparation and in support of the motion for summary judgment. (Doc. # 59).

The actual amount paid for the transcript is more than the maximum allowable transcript rate of $4.55 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" as of October 1, 2007. Therefore, the requested amount for the transcript has been reduced accordingly. (See Exhibit A).

WHEREFORE, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of the District of Connecticut, the defendant, who is the prevailing party in the above-captioned case, respectfully requests that its Bill of Costs be granted in its entirety.

DEFENDANT,

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

GEORGE JEPSEN
ATTORNEY GENERAL

By: /s/ *Erik T. Lohr*
Erik T. Lohr
Assistant Attorney General
Employment Rights Department
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Erik.Lohr@ct.gov
Federal Bar # ct24680

## CERTIFICATION

I hereby certify that on April 23, 2012 a copy of the foregoing Bill of Costs was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Erik T. Lohr*
Erik T. Lohr (# ct24680)
Assistant Attorney General

# EXHIBIT A

| | | |
|---|---|---|
| JOCELYN DEMAIO<br>*Plaintiff,* | : | CIVIL ACTION NO. 3:09CV2133(WWE) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION<br>*Defendant.* | : | APRIL 23, 2012 |

## BILL OF COSTS

Fees of the court reporter[1,2,3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $515.35
Deposition of plaintiff on October 15, 2010
Invoice attached as Exhibit C.

---

[1] The Attorney General appearance is recoverable ($74.00).
[2] The cost of the transcript has been reduced from $513.13 ($5.29/page) to $441.35 (allowable rate of $4.55/page).
[3] The cost of the multipage condensed/Etran version ($30.00) is not allowable and has been omitted.

4

# EXHIBIT B

| | |
|---|---|
| JOCELYN DEMAIO<br>*Plaintiff,* | : CIVIL ACTION NO. 3:09CV2133(WWE)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION<br>*Defendant.* | :<br>:<br>: APRIL 23, 2012 |

### CERTIFICATION

I, Erik T. Lohr, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendant in preparation of the motion for summary judgment filed in this case.

_____
Erik T. Lohr
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this 23rd day of April, 2012.

_____
~~Commissioner of the Superior Court/~~
Notary Public
My commission expires:_____

LEONARD AUSTER
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2014

5

EMI

# Brandon Smith Reporting Service, LLC

Thank you for your Business!!!
249 Pearl Street
1st Floor
Hartford, CT 06103
Phone: (860) 549-1850   Fax: (860) 549-1537

## Invoice

| Invoice Date | Invoice # |
|---|---|
| Wednesday, October 20, 2010 | 56558BL |

Eleanor M. Mullen
Attorney General
55 Elm Street
Hartford, CT 06106

Phone: (860) 808-5340   Fax: (860) 808-5383

| | |
|---|---|
| Witness: | DeMaio, Jocelyn |
| Case: | DeMaio v. State of CT Dept of Correction |
| Venue: | |
| Case #: | 3:09cv2133(PCD) |
| Date: | 10/15/2010 |
| Start Time: | 11:12 AM |
| End Time: | 2:40 PM |
| Reporter: | Sheryl Yeske |
| Claim #: | |
| File #: | 10167CC |

| Description | Quan | Total |
|---|---|---|
| Appearance | 1 | $74.00 |
| Original + One 3 day Delivery | 97 | $513.13 |
| Multipage Condensed/Etran | 1 | $30.00 |
| | Sub Total | $617.13 |
| | Payments | $0.00 |
| | Balance Due | $617.13 |

*Approved for Payment G. Mullen*

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

EXHIBIT NO. C